UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PALWASHAH SHAHEED,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Case No. 2:25-cv-2898-TLN-JDP

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 13, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) No objections were filed.

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed August 13, 2026 (ECF No. 7) are ADOPTED in full;

2. This action is dismissed without prejudice for failure to effect service and failure

to comply with court orders; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE